**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

**UNCLAIMED FUNDS IN CHAPTER 13 CASES**

Pursuant to 11 USC Section 347 and Bankruptcy Rule 3011, Gwendolyn M. Kerney, the Standing Chapter 13 Trustee, hereby files with the Bankruptcy Court Clerk the following unclaimed funds report evidencing the check number, amount of check, name and address of the entity entitled to unclaimed funds in the referenced case.

Case #:  10-50254
Debtor(s) Name:  SHANNON DANE NEWTON / DANITA NICOLE NEWTON

Unclaimed Funds Check #:  11117130
Date Unclaimed Funds check issued:  September 08, 2010

**Amount remitted to Unclaimed Funds - case # 10-50254:  $1206.00**
Claim Number:  999
Court Claim Number:  Debtor Refund Claim

Debtor Name and Address:

SHANNON DANE NEWTON \ DANITA NICOLE NEWTON
286 BELL STREET
BLOUNTVILLE, TN  37617

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
(865) 524-4995